1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                          FOR THE DISTRICT OF ARIZONA
8
9   Anthony Sanchez,                    )   No.05-3008-PHX-ROS
                                        )
10         Petitioner,                  )   **ORDER**
                                        )
11   vs.                                )
                                        )
12                                      )
     Dora B. Schriro, et al.,           )
13                                      )
           Respondents.                 )
14                                      )
                                        )
15
16
17         On September 29, 2005 Petitioner filed a Writ of Habeas Corpus pursuant to 28
18   U.S.C. § 2254 (Doc. #1). On January 12, 2006 Magistrate Judge Mathis issued a Report and
19   Recommendation ("R&R") recommending that the Petition be denied (Doc. #16). No
20   objections were filed by either party.
21         The Court "may accept, reject, or modify, in whole or in part, the findings or
22   recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the
23   district judge must review the magistrate judge's findings and recommendations *de novo if*
24   *objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121
25   (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219,
26   1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of
27   factual and legal issues is required if objections are made, 'but not otherwise.'"). District
28   courts are not required to conduct "any review at all . . . of any issue that is not the subject

of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985). No objection having been made, the Court will adopt the R&R in full.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. #16) is **ADOPTED** and this action is **DISMISSED WITH PREJUDICE**.

DATED this 2nd day of June, 2006.

_____
Roslyn O. Silver
United States District Judge